# DEVISE.

BARHEYDT *v.* BARHEYDT, 20 Wend. 576.

Not reported in Chancery.

### *Devise ; Fee Simple.*

IN this case, the Chancellor held, that an estate devised to a grandson of the testator, without any words of limitation, to create a fee, gave only a life estate, and that devises to the sons of the testator of lands, with directions to the son to pay certain *legacies out of said estate,*" gave only a life estate to the son and grandson.

The Court of Errors held, that the devise "of the upper half of a farm" to a son of the testator, and of the "lower part of the same farm to a son of such son" then living, without words of perpetuity in the devise to either, but with a *condition* annexed that the son shall pay certain legacies to his brothers and sisters, gives a fee by implication as well to the *grandson* as the *son.*

Chief Justice Nelson, who alone delivered an opinion in this case, announced the following conclusions. 1. That the legacies were a *personal* charge upon the testator's son John, inasmuch as the life estate might be insufficient, and he was to pay it out of the estate at all events ; and therefore must take the fee.

2. That he is made personally liable in respect to the *whole* of the farm devised—by the terms of the will—"said estate," referring to the whole.

3. That each devisee must take a *fee,* in order to enable the father to discharge the duty imposed upon him by other portions of the will, namely the payment of the legacies as they are charged upon *both* interests devised.

The decree of the Chancellor was accordingly *reversed ;* all the members of the court with one exception concurring in the opinion of the Chief Justice.